Ned N. CARY, Jr., Plaintiff–Appellant,

v.

SOCIAL SECURITY ADMINISTRA-TION; Commonwealth of Virginia; US Attorney's Office; The United States Attorney General's Office, Defendants–Appellees.

No. 01–2066.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 13, 2002.

Ned N. Cary, Jr., Pro Se. Richard Parker, Office of the United States Attorney, Alexandria, Virginia; George G. Davidson, Social Security Administration, Baltimore, Maryland; Louis Edward Matthews, Jr., Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before LUTTIG and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ned N. Cary, Jr., appeals the district court's order: (1) denying relief on his complaint alleging a violation of 42 U.S.C.A. § 1983 (West Supp.2001); and (2) upholding the Commissioner's decision that Cary is not entitled to disability insurance benefits. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Cary v. Social Security Admin.,* No. CA–01–31 (E.D.Va. July 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*